MORGAN A. JONES v. CORA LEE MALONEY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE ARTHUR A. JOHNSON CORPORATION v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

A. BUCKNELL SCHNEIDER, Doing Business, etc., v. THE BANK FOR SAVINGS IN THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK v. MANHATTAN AND BRONX COUNCILS, INC., Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GRAND UNION STORES, INC., v. GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LTD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOHN L. BONEE, as Receiver of PALLOTTI, ANDRETTA & COMPANY, INC., v. GUARANTY TRUST COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ALFRED PERRY v. EDWARD C. STROHM.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

JOHN L. LOEB v. HARRY COHN, Impleaded with COLUMBIA PICTURES CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

CHARLES C. HOGE and Others v. THE NEW YORK TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOHN GASTON and Others v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See 251 App. Div. 803.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROSE DEWITT LEWIS v. EDMUND VAUGHN LEWIS.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FLORENCE T. KAHNWEILER v. SAMUEL KATZENSTEIN and Another. In the Matter of the Application of MAURICE L. SHAINE and Others. SHAINE & WEINRIB. FLORENCE T. KAHNWEILER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.